

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00415-CV

L SERIES, L.L.C.; CKDH, L.L.C.; VUE, L.L.C.; AND CKDH INVESTMENTS, L.L.C., Appellants

§ On Appeal from the 348th District Court

§ of Tarrant County (348-289417-16)

V.

§ February 28, 2019

CONRAD HOLT, Appellee

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for lack of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell